JAMES F. HIBBARD, Appellant, v. CHIPMAN, PER-
ALTA & AUGENBAUGH, Respondents.

No. 849; December 15, 1855.

**Reformation of Instruments.**—The Assignment of a Lease does not carry with it the lessee's right to have a court of equity reform the lease for cause shown.

APPEAL from Fourth Judicial District, San Francisco County.

E. W. F. Sloan for appellant; C. H. S. Williams and W. W. Chipman for respondents.

HEYDENFELDT, J.—Whatever rights the original lessees may have had to come into a court of equity to have the lease reformed, certainly no such right passed to the plain-

tiff by their simple assignment of the lease to him. He took with his eyes open, and can have no claim except to the extent given by the plain import of the terms of the lease. This view renders it unnecessary to consider the merits of the bill.

Decree affirmed.

I concur: Murray, C. J.